```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 16329
   GEORGE L SMITH
   KIMBERLY M SMITH                            CHAPTER 13

                                               JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-6810     SSN XXX-XX-8920

---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/25/08 .

     2.  The case was converted to Chapter 7 without confirmation, 09/25/2008.

     3.  The Debtor paid a total of $   1832.75 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ACRES GROUP | UNSECURED | NOT FILED | .00 | .00 |
| AETNA US HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SVC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACUISITION FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD M POCIUS | UNSECURED | NOT FILED | .00 | .00 |
| FEMALE HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| ASSETCARE INC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JOLIET MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| MATRIX ACCT | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| MARK A ALEMAN | UNSECURED | NOT FILED | .00 | .00 |
| ASSETCARE INC | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |

```
PREMIUM ASSET RECOVERY    UNSECURED        NOT FILED                  .00            .00
PATHOLOGY LAB CONSULTANT  UNSECURED        NOT FILED                  .00            .00
MRSI                      UNSECURED        NOT FILED                  .00            .00
PROVENA ST JOSEPH MEDICA  UNSECURED        NOT FILED                  .00            .00
ROBINSON CHIROPRACTIC CN  UNSECURED        NOT FILED                  .00            .00
SILVER CROSS HOSPITAL     UNSECURED        NOT FILED                  .00            .00
CREDIT MANAGEMENT SERVIC  UNSECURED        NOT FILED                  .00            .00
WILL COUNTY MEDICAL ASSO  UNSECURED        NOT FILED                  .00            .00
ZLATKO AVERIC MD          UNSECURED        NOT FILED                  .00            .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00          .00           .00
PRINCIPAL PAID             .00          .00          .00          .00           .00
INTEREST PAID              .00          .00          .00          .00           .00
TOTAL PAID                 .00          .00          .00          .00           .00
```

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3500.00
and was paid $   1426.00   direct and $   1735.61   through the plan.

The Trustee received $      97.14 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 08 B 16329 GEORGE L SMITH & KIMBERLY M SMITH